UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

MAR – 3 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) | |
| v. | ) ) ) | CRIMINAL NO. |
| MARIA TERESA BENITEZ-UGARTE (1),<br>Defendant. | ) ) ) ) | **A20CR 047RP** |

## ORDER FOR BENCH WARRANT AND
## SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named

defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is

hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this

Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| **MARIA TERESA BENITEZ-UGARTE (1),** | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

ENTERED on this 3rd day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE