FILED

MAR - 3 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>1. Maria Teresa BENITEZ-Ugarte,<br>2. Rogilio ARIAS-Cruz,<br>[redacted]<br>8. Linde DiGREGORIO,<br>9. Vicente RODRIGUEZ-Suarez,<br>Aka "Batman,"<br>[redacted]<br>13. Amanda Nicole SALES,<br>[redacted]<br>16. Perla Josephina CRUZ,<br>[redacted]<br>18. Blanca RUIZ-Garcia,<br>Defendants. | CRIMINAL NO. 1:20-CR-47 RP<br><br>**Superseding Indictment**<br><br>[21 USC 846 and 841 -<br>conspiracy and PWID heroin,<br>cocaine & meth]<br><br><br><br><br><br><br><br><br>USAO # 2018R01746 |

THE GRAND JURY CHARGES:

**Count One**
**[21 U.S.C. § 841(a)(1) and 846]**

Beginning in or about October, 2017 and continuing until on or about the date of this Indictment,

in the Western District of Texas, and elsewhere the Defendants,

1. Maria Teresa BENITEZ-Ugarte,
2. Rogilio ARIAS-Cruz,

1

8. Linde DiGREGORIO,
9. Vicente RODRIGUEZ-Suarez,
Aka "Batman,"

13. Amanda Nicole SALES,

16. Perla Josephina CRUZ,

18. Blanca RUIZ-Garcia,

did knowingly, intentionally and unlawfully combine, conspire confederate and agree with others known and unknown to possess with intent to distribute a controlled substance, which offense involved a mixture or substance that contained a detectable amount of heroin, a Schedule I Controlled Substance, a mixture or substance that contained a detectable amount of cocaine, a Schedule II Controlled Substance, and more than 500 grams of a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a) and 841(b)(1)(A)&(C).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

John F. Bash
United States Attorney

MARK H. MARSHALL
Assistant U. S. Attorney

2